### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY E. SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  Case No. CIV-12-160-F |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation on March 7, 2013, recommending that defendant's decision denying plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act be reversed and remanded for further proceedings. Magistrate Judge Erwin advised the parties of their right to file specific written objections to the Report and Recommendation by March 21, 2013. To date, no objection to the Report and Recommendation has been filed. With no objection being filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on March 7, 2013 (doc. no. 21) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Defendant's decision denying plaintiff's applications for disability insurance benefits and supplemental security income benefits under the Social Security Act is **REVERSED**, and this matter is **REMANDED** for further

administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED March 26, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0160p002.wpd